MC-275

Name  JAMES MARK ROHNER

Address  CMC-EAST / RM. 6374

P.O. BOX 8101

SAN LUIS OBISPO, CALIFORNIA  93409-8101

CDC or ID Number  E-47777

2354  1983

**FILING FEE PAID**

Yes____  No ✓

**IFP MOTION FILED**

Yes____  No ✓

**COPIES SENT TO**

Court ✓  ProSe ✓

**FILED**

JAN - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United states District Court of California

~~United States District of California~~

Southern  (Court)

| | |
|---|---|
| JAMES M. ROHNER | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Petitioner | **'08 CV 0030 H RBB** |
| vs. | No. _____ |
| STATE OF CALIFORNIA/J. MARShall, Warden | *(To be supplied by the Clerk of the Court)* |
| Respondent | |

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

**Page one of six**

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

- [ ] A conviction
- [XX] A sentence
- [ ] Jail or prison conditions
- [ ] Other *(specify):* _____

- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name:  JAMES MARK ROHNER

2. Where are you incarcerated?  CALIFORNIA MEN'S COLONY-EAST (CDCR)

3. Why are you in custody?  [XX] Criminal Conviction   [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   COUNT 2 RAPE, COUNT 3 RAPE, COUNT 5 ORAL COP., COUNT 6 ORAL COP., COUNT 7 EVADING OFFICER, COUNT 10 EVA-

   DING OFFICER, COUNTS (2, 3, & 6) CARRY 4-6-8 TERMS; THIS COURT GAVE ME THE 8 YEAR MAX.

   b. Penal or other code sections: PC 261(A)(2), PC 261(A)(2), PC 288A(C), PC 288A(C), VC 2800.2, VC 2800.2

   c. Name and location of sentencing or committing court:  SAN DIEGO COUNTY SUPERIOR COURT / P.O. BOX 122724 / SAN

   DIEGO, CALIFORNIA 92112-2724

   d. Case number:  SCD109921

   e. Date convicted or committed:  JUNE 6, 1995

   f. Date sentenced:  AUGUST 28, 1995

   g. Length of sentence:  28 YEARS 4 MONTHS

   h. When do you expect to be released?  SEPTEMBER 2, 2009

   i. Were you represented by counsel in the trial court?  [XX] Yes.   [ ] No. If yes, state the attorney's name and address:

   MICHAEL BUTLER, ESQUIRE

   SAN DIEGO PUBLIC DEFENDER'S OFFICE

4. What was the LAST plea you entered? *(check one)*

   [XX] Not guilty   [ ] Guilty   [ ] Nolo Contendere   [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [XX] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

---

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

GROUNDS FOR RELIEF; GROUND (1):   THE TRIAL COURT IMPOSED THE MAXIMUM SENTENCE ON COUNTS 2, 3, 6 OF 8

YEARS, WITHOUT LETTING THE JURY DECIDE IF THEY WARRANTED AGGRAVATING CIRCUMSTANCES.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

✳A.  TRIAL JUDGE NORBERT EHRENFREUND SENTENCED ME TO THE MAXIMUM TERM OF 8 YEARS ON COUNTS 2, 3, AND 6.

THIS TRIAL JUDGE IS IN ERROR; HE SHOULD HAVE ONLY SENTENCED ME TO 6 YEARS BY LAW ON COUNTS 2, 3, AND 6.

✳B.  CUNNINGHAM VS. STATE OF CALIFORNIA

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

IN LAYMAN's Terms your Honor? The Highest Court of the Land HAS Ruled that "I" was sentenced illegally - my Case mirrors "Cunningham" vs Ca. what don't these state courts understand? And why must these federal courts Hear this Case all over again? No wonder the courts are all Bogged down!

7. **Ground 2 or Ground _____** *(if applicable):*

_____

_____

_____

_____

a. Supporting facts:

**SEE ATTACHED**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b. Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

**7 (a) - <u>SUPPORTING FACTS:</u>**

<u>MEMORANDUM OF LAW</u>

In Cunningham vs. California (No. 05-6551), the United States Supreme Court, disapproved of the manner in which California's Determinate Sentence Law (DSL) was implemented.

Cunningham was convicted of multiple counts of child-molestation spanning a period of time. Cunningham had no prior criminal history.

Cunningham's case was submitted to a jury which found him guilty on all counts. When the matter came on for sentencing, the trial judge, applying the preponderance of evidence standard, independently found factors in aggravation and sentenced Cunningham to the aggravated maximum term specified by statute which provides a trial punishment of 8-12 or 16 years. The Supreme Court observed California's Determinate Sentence Law mandates the trial court must impose a mandatory mid-term sentence unless the court found factors in mitigating or aggravation to warrant a lower or elevated sentence above the mandatory mid-term (Cal. Penal Code 1170). The High Court rejected arguments of the California Attorney General that the DSL survives Sixth Amendment attacks, claiming the DSL presents an advisory sentencing alternative and that the sentence imposed in Cunningham was within the "sentencing advisory guidelines." The Cunningham court concluded, because the DSL allocates the judges sole authority to find facts permitting imposition of an upper-term sentence the system violated the Sixth Amendment applicable to States via the Fourteenth Amendment.

The High-Court's conclusion in Cunningham re-affirmed its earlier opinions in Apprendi vs. New Jersey, 530 U.S. 466 (2000); Ring v. Arizona, 536 U.S. 296 (2004); United States v. Booker, 543 U.S. 220 (2005). "The relevant statutory maximum," the Supreme Court clarified, "is not the maximum sentence a judge may impose after finding additional facts, but the maximum he may impose without any additional findings." (Blakely v. Washington, 542 U.S. 303-304. Emphasis in original opinion). In Apprendi v. Arizona, 530 U.S. 466 (2000), the High Court made clear "other than a prior conviction," any fact relied on as a basis for imposing sentence outside the mandatory sentencing guidelines must be proved to a

**7 (a) - <u>SUPPORTING FACTS CONTINUATION</u>:**

jury beyond a reasonable doubt or admitted by the defendant.

In the instant case, the jury found petitioner Rohner guilty of forcible rape (Penal Code Section 261 (a)(2), counts 2 and 3); forcible oral copulation (Penal Code Section 288 (a)(c), counts 5, 6); and evading (Vehicle Code 2800 (c), counts 7, and 10). **(SEE COPY OF ABSTRACT OF JUDGEMENT ATTACHED).**

Under Penal Code Section 1170 (b) provides in relevant part "when a judgement of imprisonment is to be imposed and the statute specifies three possible terms, the court shall order imposition of the middle term, unless there are circumstances in aggravation or mitigation of the crime. Pursuant to the provisions of Penal Code section, the Court sentenced petitioner to the high term of 8 years based on its independent findings of aggravating facts to justify other than the mandatory mid-term (6 years) sentence. This sentence violates the Sixth and Fourteenth Amendments of the United States Constitution as determined by the United States Supreme Court in Cunningham v. California (No. 05-6551).

Petitioner respectfully requests the Honorable Court, therefore, issue an emended abstract of judgement, reducing his sentence from 8 to 6 years. Because the required sentence modification will result in petitioner having served in excess of a lawful sentence, petitioner prays the Honorable Court issue a habeas corpus order commanding his immediate discharge from under State prison incarceration.

8. Did you appeal from the conviction, sentence, or commitment?    ☒ Yes.    ☐ No.   If yes, give the following information:

  a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

    SAN DIEGO COUNTY, SUPERIOR COURT DEPT. 18, 4TH DISTRICT, CALIFORNIA SUPREME COURT.

  b. Result  DENIED                                     c. Date of decision: 1996, 1997, 1998

  d. Case number or citation of opinion, if known:  UNKNOWN

  e. Issues raised: (1)  MIRANDA, EVIDENCE, WITNESS, MANY ISSUES, ETC.

      (2) _____

      (3) _____

  f. Were you represented by counsel on appeal?    ☒ Yes.    ☐ No. If yes, state the attorney's name and address, if known:

    NOT KNOWN

9. Did you seek review in the California Supreme Court?    ☒ Yes    ☐ No.   If yes, give the following information:

  a. Result  DENIED                                     b. Date of decision: I BELIEVE IN 1998

  c. Case number or citation of opinion, if known:  UNKNOWN

  d. Issues raised: (1)  MIRANDA, EVIDENCE, WITNESS, MANY ISSUES, ETC.

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

  MY CLAIM NOW IS BECAUSE THE U.S. SUPREME COURT HAS RULED THAT THE MAXIMUM TERM ON A DETERMINANT SENTENCE MUST BE DETERMINED BY THE JURY (CUNNINGHAM VS. CALIFORNIA)

11. Administrative Review:

  a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:

    DOES NOT APPLY.

  b. Did you seek the highest level of administrative review available?    ☐ Yes.    ☐ No.
    *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a.  (1) Name of court: ___DOES NOT APPLY_____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

         (b) _____

    (4) Result *(Attach order or explain why unavailable)*: _____

    (5) Date of decision: _____

  b.  (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

         (b) _____

    (4) Result *(Attach order or explain why unavailable)*: _____

    (5) Date of decision: _____

  c.  *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

DOES NOT APPLY

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

BECAUSE THE U.S. SUPREME COURT RECENTLY RULED ON THE ISSUES I'M CLAIMING (CUNNINGHAM VS. CALIFORNIA).

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

Denied 12-12-07 California Supreme Court

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: Jan 1st 2008

▶ _(signature)_

              (SIGNATURE OF PETITIONER)

(VERIFICATION - 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions; a citizen of the United States and over the age of eighteen years; and a resident of San Luis Obispo County.  My current address is:

_JAMES M ROHNER_

California Men's Colony - East
P.O. Box 8103 Room _6374_
San Luis Obispo, CA. 93409 - 8103

I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON _1-1-08_, 20 _08_, AT SAN LUIS OBISPO, CALIFORNIA, 93409 - 8103.

_James Rohner_
PETITIONER

························································

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION.  MY BUSINESS ADDRESS IS:    _James Pitts_

CALIFORNIA MEN'S COLONY - EAST
P.O. BOX 8103 / ROOM _6379_
SAN LUIS OBISPO, CALIFORNIA 93409 - 8103

ON _1-1-08_, 20 _08_, I SERVED THE WITHIN _True Copy Habeas Corpus Petition_

ON THE PARTY: _US District Court of California, Central Southern District of California, Los Angeles San Diego_

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409 - 8103, ADDRESSED AS FOLLOWS:

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON _1-1-08_, 20 _08_, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

SIGNATURE OF DECLARANT

(REV. 9/02)

S154358

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

---

In re JAMES MARK ROHNER on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

DEC 1 2 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
**GEORGE**
Chief Justice

Name **James Mark Rohner**

Address **C-6, Cell-6374**

**California Mens Colony/EAST**

**Post Office Box 8101, Hwy.1**

**San Luis Obispo,Ca. 93409-8101**

CDC or ID Number **E-47777**

**S154358**

RECEIVED

JUL 1 0 2007

CLERK SUPREME COURT

TO THE CALIFORNIA SUPREME COURT

IN AND FOR THE STATE OF CALIFORNIA

(Court)

| |
|---|
| **JAMES MARK ROHNER** |
| Petitioner |
| vs. |
| **JOHN MARSHALL, WARDEN ET AL.** |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

No. _____
(To be supplied by the Clerk of the Court)

SUPREME COURT
FILED

JUL 13 2007

Frederick K. Ohlrich Clerk

_____
Deputy

## INSTRUCTIONS - READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. January1, 1999]
Optional Form
CMC-LIB-010 (09/02) 0578

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5,201(h)

**This petition concerns:**

☐ A conviction                              ☐ Parole

☒ A sentence                                ☐ Credits

☐ Jail or prison conditions                 ☐ Prison discipline

☐ Other (specify): _____

1. Your name: JAMES MARK ROHNER

2. Where are you incarcerated? CALIFORNIA MEN'S COLONY-EAST (CDCR)

3. Why are you in custody?    ☒ Criminal Conviction    ☐ Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   COUNT 2 RAPE, COUNT 3 RAPE, COUNT 5 ORAL COP., COUNT 6 ORAL COP., COUNT 7 EVADING OFFICER, COUNT 10 EVA-
   DING OFFICER, COUNTS (2, 3, & 6) CARRY 4-6-8 TERMS; THIS COURT GAVE ME THE 8 YEAR MAX.

   b. Penal or other code sections: PC 261(A)(2), PC 261(A)(2), PC 288A(C), PC 288A(C), VC 2800.2, VC 2800.2

   c. Name and location of sentencing or committing court: SAN DIEGO COUNTY SUPERIOR COURT / P.O. BOX 122724 / SAN
   DIEGO, CALIFORNIA 92112-2724

   d. Case number: SCD109921

   e. Date convicted or committed: JUNE 6, 1995

   f. Date sentenced: AUGUST 28, 1995

   g. Length of sentence: 28 YEARS 4 MONTHS

   h. When do you expect to be released? SEPTEMBER 2, 2009

   i. Were you represented by counsel in the trial court?    ☒ Yes.    ☐ No. If yes, state the attorney's name and address:

   MICHAEL BUTLER, ESQUIRE

   SAN DIEGO PUBLIC DEFENDER'S OFFICE

4. What was the LAST plea you entered? *(check one)*

   ☒ Not guilty    ☐ Guilty    ☐ Nolo Contendere    ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☒ Jury    ☐ Judge without a jury    ☐ Submitted on transcript    ☐ Awaiting trial

---

MC-275 [Rev. July 1, 2005]            **PETITION FOR WRIT OF HABEAS CORPUS**            Page two of six

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (*If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.*)

GROUNDS FOR RELIEF; GROUND (1): THE TRIAL COURT IMPOSED THE MAXIMUM SENTENCE ON COUNTS 2, 3, 6 OF 8

YEARS, WITHOUT LETTING THE JURY DECIDE IF THEY WARRANTED AGGRAVATING CIRCUMSTANCES.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (*If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.*)

☆A. TRIAL JUDGE NORBERT EHRENFREUND SENTENCED ME TO THE MAXIMUM TERM OF 8 YEARS ON COUNTS 2, 3, AND 6.

THIS TRIAL JUDGE IS IN ERROR; HE SHOULD HAVE ONLY SENTENCED ME TO 6 YEARS BY LAW ON COUNTS 2, 3, AND 6.

☆B. CUNNINGHAM VS. STATE OF CALIFORNIA

b. Supporting cases, rules, or other authority (optional):

(*Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.*)

See ¶ (a)

Ground 2 or Ground _____ *(if applicable)*:

a.  Supporting facts:

**SEE ATTACHED**

b.  Supporting cases, rules, or other authority:

## MEMORANDUM OF LAW

Retroactive application of Cunningham v. California will in no way infringe rights of the people to finality of judgement of conviction. Moreover, retroactively to embrace the operative date of the Determinate Sentencing Act (S.B. 42 Codified under Penal Code sections 1170; 1170.2) is not inconsistent with the legislative intent that all CDC State prison inmates incepted in the department after 1948 enjoy the benefits which the Legislature so graciously extended to all CDC State prison inmates who after 1948, were sentenced under the then system of indeterminate sentencing for various crimes including the crime for which petitioner was convicted and sentenced to State prison. (Way v. Superior Court (1977) 174 CAL. APP. 3D 165, 14th Cal. Rptr. 383) The resulting impact will be no different than that which the California Supreme Court in In Re Kapperman (1974) 11 C. 3d 542; 114 cal. Rptr. 97, 522 P. 2d 657, acknowledged extending pretrial sentence credits under Penal Code section 2900.5 [operates only to reduce the statutory maximum and minimum terms] of commitment.

The Kapperman Court observed the prospective limitation of Penal Code section 2900.5, sub. C2, on the credit given persons convicted of a felony offense for time served in custody prior to the commencement of their prison sentence is invalid as it violates California Constitution Article I, Sections II, 21, requiring uniform operations of laws and proscribing special privileges, and of the equal protection clause of the United States Constitution Fourteenth Amendment, in that the limitation constitutes a legislative classification which is not reasonably related to a legitimate public purpose. (In re Kapperman, Supra 11 Cal. 3d at p. 550) there can be no difference where the matter involves judicial determination related to the lawfullness of sentences imposed.

The California Supreme Court in Hardy v. Stump (1978) 21 Cal. 3d 1, 7; 145 cal. Rptr. 176, 576 P. 2d 1342 reiterates: "Traditionally, the constitutional right to equal protection requires that the State action bear some rational relationship to a legitimate governmental purpose." [citations]" "However, when State action creates a suspect classification or abridges some fundamental right, such action becomes subject to strict judicial scrutiny and the State



7. a, cont.

must show a compelling State interest in justification." (Id.)

Strict scrutiny standard applies to petitioner's case for the same reasons expressed by the Kapperman court. Withholding a fundamental right to equal protection involving the length of a State prisoner's penal incarceration based on the date of commitment is prohibited. Prospective application of the Cunningham decision, intrudes legislative intent that the ameliorate effects of Senate Bill be applied to every State prison inmate to whom the law could apply. The Cunningham opinion establishes mid-term sentences as being the maximum sentence courts could impose, absent jury findings based on beyond a reasonable doubt standard, or admitted by defendant.

Although the California Legislature failed to include the constitutional standard required in the Cunningham decision, when it adopted Senate Bill S.B. 42, (including Penal Code sections 1170 and 1170.2), the legislature clearly intended the effects of the new sentencing scheme be given full retroactive effect to benefit every State prison inmate confined prior to implementation of the new law.

In People v. Juarez (2004) 114 Cal. App. 4th 1095, 1101, 8 Cal. Rptr. 3d 213, (approving right of criminal defendants to waive all pre-commitment credits), the court, adhering to equal protection principles reiterates: "This does not mean, of course, that we would endorse a situation in which the denial of future credits, enabled the court to impose a term which is longer that the maximum allowable for the offense." (Id.) **SEE EXHIBIT C-Pp. 4-6 herein.**

8. Did you appeal from the conviction, sentence, or commitment?     ☒ Yes.     ☐ No.  If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   SAN DIEGO COUNTY SUPERIOR COURT

   b. Result DENIED _____     c. Date of decision: 2-28-07

   d. Case number or citation of opinion, if known: HC15642

   e. Issues raised: (1) sentence

      (2) _____

      (3) _____

   f. Were you represented by counsel on appeal?  ☐ Yes.  ☒ No. If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No.   If yes, give the following information:

   a. Result _____     b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

    MY CLAIM NOW IS BECAUSE THE U.S. SUPREME COURT HAS RULED THAT THE MAX.

    TERM ON A DETERMINANT SENTENCE XXXXX MUST BE DETERMINED BY THE JURY.

    CUNNINGHAM VS. CALIFORNIA

11. Administrative Review:

    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 (125 Cal.Rptr. 286).) Explain what administrative review you sought or explain why you did not seek such review:

       DOES NOT APPLY

    b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.
       *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? [x] Yes. If yes, continue with number 13. [ ] No. If no, skip to number 15.

13. a. (1) Name of court: San Diego County Superior Court

(2) Nature of proceeding (for example, "habeas corpus petition"): Habeas Corpus

(3) Issues raised: (a) THE TRIAL COURT IMPOSED THE MAXIMUM SENTENCE ON COUNTS 2, 3, 6; 8 YEARS WITHOUT LETTING THE JURY DECIDE IF THEY WARRANTED AGGRAVATING CIRCUMSTANCES

(b) _____

(4) Result *(Attach order or explain why unavailable)*: DENIED SEE EXHIBIT A-Pp. 1, 2 herein

(5) Date of Decision: Feb. 28 2007

b. (1) Name of court: STATE COURT'S OF APPEALS, FOURTH DISTRICT COURT OF APPEALS, DIVISION (1)one

(2) Nature of proceeding: HABEAS CORPUS

(3) Issues raised: (a) SAME AS ABOVE IN SUPERIOR COURT

(b) _____

(4) Result *(Attach order or explain why unavailable)*: DENIED SEE EXHIBIT B-Pp. 3

(5) Date of Decision: JUNE 28, 2007

c. *For additional prior petitions, applications, or motions, provide the same information on a seperate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
NO

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
THE NEW RULING ON CUNNINGHAM VS. CALIFORNIA

16. Are you presently represented by counsel? [ ] Yes. [X] No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? [ ] Yes. [X] No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
EXHAUSTING STATE REMEDIES UNDE HABEAS CORPUS RULES

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: JULY 5, 2007

▶ *James Rohne* (SIGNATURE OF PETITIONER)

**PETITION FOR WRIT OF HABEAS CORPUS**

EXHIBIT---(A) Pp. 1-2

F I L E D
Clerk of the Superior Court

FEB 2 8 2007

By: ELAINE SABLAN, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF:  ) | HC 15642 (2nd Petition) |
| ) | SCD 109921 |
| ) | |
| JAMES M. ROHNER, ) | |
| ) | ORDER DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| ) | |
| Petitioner ) | |

THIS COURT, HAVING READ THE PETITION FOR WRIT OF HABEAS CORPUS

AND THE FILES IN THE ABOVE CAPTIONED MATTER, FINDS AS FOLLOWS:

On June 2, 1995, a jury convicted Petitioner of two counts of forcible rape in violation of

Penal Code § 261(a)(2) [counts 2 and 3], two counts of forcible oral copulation in violation of

Penal Code § 288a(c) [counts 5 and 6] and two counts of evading an officer in violation of

Vehicle Code § 2800.2 [counts 7 and 10]. The court found it true that Petitioner served one prior

prison term within the meaning of Penal Code § 667.5(b). On July 28, 1995, the court sentenced

Petitioner to the upper term of eight years for each of counts 2 and 3 and the upper term of eight

years on count 6, plus two years (one-third the mid-term) on count 5, eight months (one-third the

mid-term) for each of counts 7 and 10, and one year for the prison prior, for a total term of 28

years, four months in prison.

1    In this petition for writ of habeas corpus, filed February 6, 2007, Petitioner argues his

2  sentence violates the recent decision in *Cunningham v. California* (2007) 549 U.S. __, 127 S.Ct.

3  856, 166 L.Ed.2d 856 (*Cunningham*).   In *Cunningham*, relying in part on its precedents in

4  *Apprendi v. New Jersey* (2000) 530 U.S. 466, 120 S.Ct. 2348 (*Apprendi*) and *Blakely v.*

5  *Washington* (2004) 542 U.S. 296, 124 S.Ct. 2531 (*Blakely*), the United States Supreme Court

6  held that California's Determinate Sentencing Law violates a defendant's Sixth and Fourteenth

7  Amendment rights to a jury trial to the extent it permits a trial court to impose an upper term

8  based on facts found by the court rather than by a jury beyond a reasonable doubt.

9    In this case, however, *Cunningham* does not entitle Petitioner to any relief.   Petitioner

10 was sentenced and his direct appeal was final[1] years before *Apprendi, Blakely* and *Cunningham*

11 were decided.   Accordingly, those cases do not apply to him.   (See *Schriro v Summerlin* (2004)

12 542 U.S. 348, 124 S.Ct. 2519, 159 L.Ed.2d 442 [*Ring v. Arizona* (2002) 536 U.S. 584, and a

13 fortiori *Apprendi,* do not apply retroactively on habeas review]; *People v. Monge* (1997) 16

14 Cal.4th 826, 841 [new rules of constitutional law do not generally apply retroactively to

15 convictions already final]; *In re Consiglio* (2005) 128 Cal.App.4th 511, 514-515 [*Apprendi* and

16 *Blakely* not retroactive to cases already final on direct review].)

17    Based on the above, the petition is denied.   Service of this Order is ordered upon (1) the

18 San Diego Office of the District Attorney, Appellate Division and (2) Petitioner.

19

20    IT IS SO ORDERED.

21

22 DATED: **2/28/07**

23                                         DAVID J. DANIELSEN

24                                         JUDGE OF THE SUPERIOR COURT

25

26

27

28
_____

1 See Court of Appeal, Fourth Appellate District, Division One, case number D024258, remittitur issued August 20, 1997.

-2-

EXHIBIT---(B) Pg. 3

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephan M. Kelly, Clerk

JUN 2 8 2007

Court of Appeal Fourth District

In re JAMES ROHNER

on

Habeas Corpus.

D050619

(San Diego County Super. Ct. Nos.
SCD 109921, HC 15642)

THE COURT:

The petition for writ of habeas corpus has been read and considered by Presiding
Justice McConnell and Associate Justices McDonald and Aaron. Petitioner contends his
sentence violates the United States Supreme Court's decision in *Blakely v. Washington*
(2004) 542 U.S. 296, which was applied to California's sentencing scheme in
*Cunningham v. California* (2007) 127 S.Ct. 856, 871. However, the *Blakely* decision
does not apply retroactively to cases, such as petitioner's, that are final or are before the
court on collateral review. (*In re Consiglio* (2005) 128 Cal.App.4th 511, 516; *Schardt v.
Payne* (2005) 414 F.3d 1025, 1036.) The petition is denied.

_____
AARON, Acting P. J.

Copies to: All parties

EX4. B-Pg. 3

EXHIBIT---(C) Pp. 4-6

OK 9832
8/14/

95112853

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**    FORM DSL 290

[X] SUPERIOR
[ ] MUNICIPAL  } COURT OF CALIFORNIA, COUNTY OF __san diego__
[ ] JUSTICE

BRANCH OR JUDICIAL DISTRICT: __SAN DIEGO__

COURT NO. | S370000

**PEOPLE OF THE STATE OF CALIFORNIA** versus

[X] PRESENT    SCD109921 -A
[ ] NOT PRESENT    -B / -C / -D / -E

**DEFENDANT:** JAMES MARK ROHNER
AKA:

COMMITMENT TO STATE PRISON    AMENDED
ABSTRACT OF JUDGMENT    ABSTRACT [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 07-28-95 | 18 | NORBERT EHRENFREUND | C. LEWIS |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| O. CORREA | ROBERT STEIN | MICHAEL BUTLER | A705165 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):    SENTENCE RELATION

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES) _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | TERM FLAT/2,3 | ENHANCEMENT | CONCURRENT 1/3 MID/FUL | CONSECUTIVE FULL TERM | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 261(a)(2) | Forcible rape | 94 | 06 | 02 | 95 | x | U | | | | 8 | |
| 5 | PC | 288a(c) | Forcible Oral Cop | 94 | 06 | 02 | 95 | x | M | | | | -- | 2 |
| 7 | VC | 2800.2 | Evading Officer | 94 | 06 | 02 | 95 | x | M | | x | | - | 8 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 1022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter the total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g. if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| PC667.5(b) | 1 | | | | | | | | | 1 |
| | | | | | | | | | | |

4. INCOMPLETED SENTENCES CONSECUTIVE

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS    Restitution Fine $10,000 Per PC1202.4(b) per PC2085.5

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): | 8
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)
8. TOTAL TERM IMPOSED: | 28 | 4

9. EXECUTION OF SENTENCE IMPOSED:

A. [X] AT INITIAL SENTENCING HEARING   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. [ ] OTHER _____

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| 07-28-95 | | 243 | INCLUDING: 163 | 9 80 | [ ] DMH   [ ] CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

[X] FORTHWITH   [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA   [ ] CALIF. MEDICAL FACILITY – VACAVILLE   [ ] CALIF. INSTITUTION FOR MEN – CHINO   [ ] DEUEL VOC. INST.

[ ] SAN QUENTIN

[X] OTHER (SPECIFY): __DONOVAN FACILITY__

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| COLLEEN LEWIS | 7/31/95 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**FORM DSL 290**    Pen.C. 1213.5

Form Adopted by the Judicial Council of California
Effective April 1, 1992

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

EXH. C-Pg. 4

EXH. C-Pg. 5

FORM DSL 9

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
### ATTACHMENT PAGE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
BRANCH **SAN DIEGO**

COURT I.D. **S 370000**

PEOPLE OF THE STATE OF CALIFORNIA versus    [X] PRESENT
DEFENDANT:   **JAMES MARK ROHNER**
AKA:    [ ] NOT PRESENT

CASE NUMBER (S)
**SCD109921** - A
- B
- C
- D
- E

COMMITMENT TO STATE PRISON    AMENDED    [X]
ABSTRACT OF JUDGMENT    ABSTRACT

DATE OF HEARING
**07 28 95**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
SENTENCE RELATION

THIS IS ATTACHMENT PAGE NO. **1**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM I.B.A.B. | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NONVIOLENT | CONSECUTIVE FULL TERM | INDETERMINATE SENTENCE CH 667.6 M | 654 STAY | YEARS | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | VC | 2800.2 | Evading Officer | 94 | 06 | 02 | 95 | x | | | m | | | x | | | | | 8 |

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the 12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
| | | | | | | | | | | |

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:    **8**

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
### ATTACHMENT FORM DSL 290-A

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

Pen.C. 121

DISTRIBUTION:    PINK COPY – COURT FILE          YELLOW COPY – DEPARTMENT OF CORRECTIONS          WHITE COPY – ADMINISTRATIVE OFFICE OF THE COUR

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 29

RJDRC

☒ SUPERIOR
☐ MUNICIPAL      **COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
☐ JUSTICE

**BRANCH OR JUDICIAL DISTRICT:** SAN DIEGO

COURT (I.D.): S 3 70000

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** JAMES MARK ROHNER
**AKA:**

☒ PRESENT   SCD109921 - A
                          - B
☐ NOT PRESENT      - C

**COMMITMENT TO STATE PRISON**       **AMENDED**       - D
**ABSTRACT OF JUDGMENT**              **ABSTRACT** ☒    - E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 07-28-95 | 18 | NORBERT EHRENFREUND | C. LEWIS |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| O. CORREA | ROBERT STEIN | MICHAEL BUTLER | A705165 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):   SENTENCE RELATION

☒ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __A 1__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 261(a)(2) | Forcible rape | 94 | 06 | 02 | 95 | X | | | | | | 8 | |
| 5 | PC | 288a(c) | Forcible Cops | 94 | 06 | 02 | 95 | x | m | x | | | | 2 | |
| 7 | VC | 2800.2 | Evading Officer | 94 | 06 | 02 | 95 | x | m | x | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter time total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly in § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|
| PC667.5(b) 1 | | | | | | | | 1 |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

5. OTHER ORDERS   Restitution Fine $10,000
PER PC1202.4(b) per PC2085.5

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):   8

7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

8. TOTAL TERM IMPOSED:   28  4

9. EXECUTION OF SENTENCE IMPOSED:

A. ☒ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 07-28-95 | CREDIT FOR TIME SPENT IN CUSTODY 243 | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME 163 | LOCAL CONDUCT CREDITS 80 | STATE INSTITUTIONS ☐ DMH   ☐ CDC |
|---|---|---|---|---|---|

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

☒ FORTHWITH   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA   ☐ CALIF. MEDICAL FACILITY – VACAVILLE   ☐ CALIF. INSTITUTION FOR MEN – CHINO   ☐ DEUEL VOC. INST.
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS   ☐ SAN QUENTIN
☒ OTHER (SPECIFY): DONOVAN FACILITY

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE COLLEEN LEWIS | DATE 10/19/95 |
|---|---|

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments (other than 290-A) may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1992

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
FORM DSL 290

Pen.C. 1213

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS

EXH. C-Pg. 6

PROOF OF SERVICE BY MAIL
(C.C.P. 1013 a (1), 1013 a (2))

I, JAMES MARK ROHNER _____ declare;

That I am over 18 years of age, that I am a party in this cause of action and that I reside at: _____ CMC-E STATE PRISON, C/Q, 6374

in the county of SAN LUIS OBISPO , California, mailing address at P.O. BOX 8101, HWY.1 _____

On JULY 5, 2007 _____ , I deposited in the United States mail at the above address the attached:

PETITION FOR WRIT OF HABEAS CORPUS

_____
_____
_____
_____

In sealed envelope(s) with postage fully prepaid, addressed to:

(1) CALIFORNIA SUPREME COURT
300 SOUTH SPRING, STREET, FLOOR 2
LOS ANGELES, CALIFORNIA. 90013-1233

( 2) _____
_____
_____

(3)_____      ( 4)_____
_____      _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

executed this 5TH. day of JULY , 2007 _____ CMC-E_ at _____
SAN LUIS OBISPO , California.

X _____
Declarant

JAMES MARK ROHNER _____
(Print or Type Full Name)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in 2354ber 1974, 1903 red for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

**JAN - 4 2008**

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY                            DEPUTY**

**I (a) PLAINTIFFS**

**FILING FEE PAID**    Yes ___ No ___

**IFP MOTION FILED**    Yes ___ No ___

**COPIES**

James M. Rohner                            Marshall, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED    San Luis Obispo**
**PLAINTIFF**
        (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | **ATTORNEYS (IF KNOWN)** |
|---|---|
| James M. Rohner<br>PO Box 8101<br>San Luis Obispo, CA 93409<br>E-47777 | '08 CV 0030 H RBB |

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)      FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

| DATE   1/4/2008 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|