**FILED**

UNITED STATES COURT OF APPEALS

SEP 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MARK ROHNER,<br><br>       Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>       Respondent. | No. 08-72820<br><br>*08cv 30*<br><br>ORDER |



Before:  PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C.

§ 2254 habeas corpus petition in the district court is denied.  Petitioner has not

made a prima facie showing under 28 U.S.C. § 2244(b)(2) that:

>  (A)  the claim relies on a new rule of constitutional law, made retroactive to
>  cases on collateral review by the Supreme Court, that was previously
>  unavailable; or
>
>  (B)(i)  the factual predicate for the claim could not have been discovered
>  previously through the exercise of due diligence; and (ii) the facts
>  underlying the claim, if proven and viewed in light of the evidence as a
>  whole, would be sufficient to establish by clear and convincing evidence
>  that, but for constitutional error, no reasonable fact finder would have found
>  the applicant guilty of the underlying offense.

*See Butler v. Curry*, 528 F.3d 624, 639 (9th Cir. 2008) (holding that *Cunningham*

LL/MOATT

*v. California*, 549 U.S. 270 (2007), "did not announce a new rule of constitutional law").

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

**DENIED.**

LL/MOATT